AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 10-CV-2940

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Indian Legal Heritage a subset of Law Information Center, registered under Society Registeration Act XXI of 1860 of Laws of Republic of India. (as an intervenor/amicus curiae)

I certify that I am admitted to practice in this court.

| 4/13/2010 | *signature* |
| Date | Signature |

Karamvir S. Dahiya — kd9738
Print Name — Bar Number

350 Broadway Suite 412
Address

| New York | New York | 10013 |
| City | State | Zip Code |

(212) 766-8000 — (212) 766-8001
Phone Number — Fax Number