10 CV 2940

JUDGE SWEET

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 0 5 AUG 2010

Sikhs for Justice et al.
Jasbir Singh + Mohinder Singh
_____
Plaintiff
v.
Kamal Nath
_____
Defendant

)
)
)
)
)   Civil Action No.
)
)
)
)

PRO SE OFFICE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kamal Nath

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Pro Se  Sikhs For Justice: Jasbir Singh; Mohinder Singh
350 Fifth Ave, 59th Flr
New York, NY 10118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON

CLERK OF COURT

APR 0 6 2010

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-cv-2940

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kamal Nath

was received by me on *(date)* April 06, 2010.

☒ I personally served the summons on the individual at *(place)* on the street in front of 3 East 64th Street, New York, NY 10065 on *(date)* April 06, 2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 04, 2010

*Server's signature*

Yoselin Genao
*Printed name and title*

25-05 75th St, E. Elmhurst NY 11370
*Server's address*

Additional information regarding attempted service, etc: