UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
SIKHS FOR JUSTICE INC on behalf of
deceased and injured members of the
Sikh community, et al.,

                Plaintiffs,                10 CV 2940 (RWS)

      - against -

INDIAN NATIONAL CONGRESS
PARTY, etc, et al.,                              AFFIRMATION OF SERVICE
              Defendants
          and
INDIAN LEGAL HERITAGE,

                Intervenor.
------------------------------------------------------ X

      MICHAEL F. FITZGERALD, an attorney at law, duly licensed to practice law before this Court and the Courts of the State of New York, hereby affirms the following statements to be true under penalties of perjury:

      1.  I am not a party to the within action, am over eighteen years of age and reside at Columbia County, State of New York.

      2. On March 1, 2011, I served true and correct copies of the attached Plaintiffs' First Amended Complaint and Rule 7.1 Disclosure Statement, by personal delivery to the persons listed below whom I know to be the attorneys of record for the non-appearing defendant Kamal Nath and the Intervenor, respectively:

                Pillsbury Winthrop Shaw Pittman LLP
                David M. Lindley, Esq.
                1540 Broadway
                New York, New York 10038

        Dahiya Law Group LLC
        Karamvir Dahiya, Esq.
        350 Broadway - Ste. 412
        New York, New York 10013

DATED: New York, New York
        March 1, 2011

        S/_____
        Michael F. Fitzgerald, Esq. (MF-4704)
        Attorney for Plaintiffs
        100 Park Avenue - Suite 1600
        New York, New York 10017
        (212) 939-7281
        (212) 880-6499 (f)
        Mfitzjustice@aol.com