

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

David M. Lindley
tel 212.858.1728
david.lindley@pillsburylaw.com

June 16, 2011

**BY FACSIMILE (212-805-7925)**

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, # 660
New York, NY 10007



Re: *"SIKHS FOR JUSTICE" et al v. Kamal Nath*, S.D.NY 10-CV-2940-RWS

Dear Judge Sweet:

We represent Defendant Kamal Nath ("Defendant") in the above-referenced matter. Pursuant to the Court's Orders of March 29, 2011 and April 5, 2011, Defendant will be filing its Stage 1 Motions to Dismiss on Friday, June 24, 2011.

We are currently working on reducing our draft Memorandum of Law in Support of the Motions ("Memorandum") to the 25 page limit established by the Court's Individual Rule of Practice 2.C. Nevertheless, due to the multiple bases on which Defendant expects to move, we anticipate that we may be unable to reduce the length of the Memorandum to 25 pages. Accordingly, while we will continue to work on reducing the length of Defendant's Memorandum, we respectfully request permission to file an oversized brief of 32 pages.

Respectfully yours,

David M. Lindley

cc: Michael F. Fitzgerald, Esq.
Jonathan M. Freiman, Esq.
Karamvir Dahiya, Esq.
Adam Finkel, Esq.
Rohit Sabharwal, Esq.
Ranah L. Esmaili, Esq.

So ordered
Sweet
USDJ.
6·22·11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-11