
# SABHARWAL, NORDIN & FINKEL

ATTORNEYS AND COUNSELORS AT LAW
350 FIFTH AVENUE, 59TH FLOOR
NEW YORK, NY 10118
TEL: (212) 601-2882
FAX: (212) 601-2883
E-MAIL: ADAM@SNFNY.COM



June 14, 2011

**VIA FACSIMILE (212) 805-7925**
Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-11

    Re: Sikhs for Justice et al. v. Indian National Congress Party et al.
        SDNY 10 CV 2940 (RWS)

Dear Judge Sweet:

    I had written to Your Honor on March 25, 2011 requesting until June 24, 2011 for defendant Indian National Congress Party ("INCP") to respond to the First Amended Complaint and Summons. The Court had kindly granted my request on March 28 by endorsement of my letter. Thereafter, Wiggin and Dana entered appearance for INCP, also on March 28.

    Both Wiggin and Dana and my firm had acted on instructions from Dr. Surinder Malhotra, President of Indian National Overseas Congress, Queens, New York. Wiggin and Dana have now filed a motion with this Honorable Court seeking permission for them to withdraw as counsel for INCP on the basis that Dr. Malhotra apparently did not have authorization from INCP to employ counsel for these proceedings. Accordingly, in the interest of clarification, I respectfully request the Court, as well as all parties, to kindly note my firm will not be representing INCP in this, or any other, litigation.

So ordered
/s/ Robert Sweet
6-22-11

Respectfully,

Adam Finkel

cc: Michael Fitzgerald, Esq., Via Facsimile (212) 880-6499
    Jonathan Freiman, Esq., via facsimile (203) 782-2889
    Karamvir Dahiya, Esq., Via Facsimile (212) 766-8001
    David Lindley, Esq., Via Facsimile (212) 858-1500