PILLSBURY WINTHROP SHAW PITTMAN LLP
David M. Lindley
Ranah L. Esmaili
Anne C. Lefever
Tameka M. Beckford-Young
1540 Broadway
New York, NY 10036-4039
Tel.: (212) 858-1000
Fax: (212) 858-1500
david.lindley@pillsburylaw.com

*Attorneys for Defendant Kamal Nath*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| "SIKHS FOR JUSTICE," et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>KAMAL NATH, et al.,<br><br>        Defendant. | Civ. No. 10-CV-2940 (RWS)<br><br>**NOTICE OF STAGE 1<br>MOTIONS TO DISMISS** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Appendix of Unpublished Authorities, dated June 24, 2011, and the Affidavit of Kamal Nath, dated June 20, 2011, Affidavit of Khalid Bin Jamal, dated June 20, 2011, Declaration of Sushil Malhotra, dated June 4, 2011, Declarations of Gavin Hurst and Brian Janik, dated June 1, 2011, and Affidavit of G.C. Malhotra, dated June 20, 2011, and all other pleadings and proceedings previously had, Defendant Minister Kamal Nath, by his undersigned counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York for an Order dismissing the above-captioned action with prejudice on several jurisdictional and prudential grounds, pursuant to Fed. R. Civ. Pro. 12(b)(1), 12(b)(2), and 12(b)(5).

PLEASE TAKE FURTHER NOTICE that pursuant to order of the Court, Opposition to the Stage 1 motions to dismiss, if any, is due to be served and filed on July 25, 2011.

Dated: New York, New York
June 24, 2011

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   /s/ David M. Lindley
David M. Lindley
1540 Broadway
New York, New York  10036
Tel.  (212) 858-1000
Fax. (212) 858-1500

*Attorneys for Defendant Minister Kamal Nath*

Of counsel:

SABHARWAL NORDIN & FINKEL
Rohit Sabharwal
Adam Finkel
Stuart Mack
350 Fifth Avenue, Suite 5900
New York, NY 10118
Tel. (212) 601-2882
Fax. (212) 601-2883

To:

Michael F. Fitzgerald, Esq.
100 Park Avenue, Suite 1600
New York, New York 10017
2883

2