UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
SIKHS FOR JUSTICE, et al.,

                        Plaintiffs,

        -against-

KAMAL NATH, et al.,

                        Defendant.
-----------------------------------------------------X

Case No.: 10-cv-02940
Hon. Robert W. Sweet

## AFFIDAVIT OF KAMAL NATH

I, KAMAL NATH, being duly sworn, hereby depose and state as follows:

1.     I am a defendant in the above titled action and have personal knowledge of the facts and circumstances set forth herein.  I submit this affidavit in support of my motion to dismiss the First Amended Complaint ("Amended Complaint").

2.     At all relevant times set forth in the Amended Complaint, I have been a government official for the Republic of India.  In 1984, I was an elected Member of Parliament and a member of the Indian National Congress.  From May 2004 through May 2009, I served as Union Minister for Commerce and Industry for the Republic of India.  From May 2009 through January 2011, I served as Union Minister of Road Transport & Highways for the Republic of India.  Since January 2011, I have served as Union Minister for Urban Development for the Republic of India.

3.     As part of my official duties, I am occasionally required to travel outside India including to the United States and the State of New York. For any overseas visit in my official capacity or in my personal capacity, I am required to obtain prior permission and clearance from the Prime Minister of India. During the six years immediately preceding the filing of this action, in my capacity as a minister of the Republic of India, I traveled to the United States on short visits on thirteen occasions. Eight of those thirteen short official visits involved travel to the State of New York. A true and correct copy of a complete list of my travels to New York during the six years immediately prior to the commencement of this action is attached hereto as Exhibit 1.  None of these visits have any relationship to the events at issue in this action which took place in India in 1984.

4.     As the Union Minister of Road Transport & Highways from May 2009 to January 2011, I was required to travel to the United States and New York in connection with my responsibilities in carrying out the objectives of a Memorandum of Cooperation between the United States and India ("Memorandum of Cooperation").  That Memorandum of Cooperation seeks to assist India in improving its infrastructure, including the development of its highways and public transit system, and includes specific cooperation activities which both India and the United States have agreed to accomplish in the Highways and Public Transportation sectors, and underscores both India's and the United States' intention to engage with each other and promote cooperation in key sectors.  A true and correct copy of that Memorandum of Cooperation is attached hereto as Exhibit 2.

5.      One such official visit to New York was on April 5-8, 2010.  I was in New York on that visit in my capacity as Union Minister of Road Transport & Highways, and with prior approval from the Prime Minister of India.  A true and correct copy of my itinerary from that official trip is attached hereto as Exhibit 3.

6.      During that official April 2010 visit, I gave a keynote address at the 2010 Global Construction Summit, an international conference organized by McGraw-Hill.  A true and correct copy of the attendee list from that conference is attached hereto as Exhibit 4, which shows that the conference was attended by government officials from the United States, Turkey, the Netherlands, Canada, Mexico, the People's Republic of China, Japan, the United Kingdom and Spain.  I also attended a roundtable organized by the Indian Embassy and the US-Indian Business Council, an organization formed at the request of the United States and Indian governments to increase private sector participation in both countries as a way to enhance the flow of investment between the United States and India.

7.      During that official April 2010 visit, I was also invited to the Consulate of India, located at 3 East 64th Street, New York, on April 6, 2010 in my capacity as a Union Minister of the Republic of India, to deliver a lecture entitled "The Challenges of Infrastructure Development in India."  I was at the Indian Consulate for this event from shortly before 6:30 p.m. until approximately 8:30 p.m. that day for this event.  I was not at the Consulate of India at any other time that day, or at any other time during that April 2010 visit.

3

8.     I understand that plaintiffs in this action purport to have served me with a copy of the Summons and Complaint during that April 2010 official visit. I have read the Affidavit of Service of Yoselin Genao, sworn to August 4, 2010 ("Affidavit of Service"), which I understand was filed with this Court on August 5, 2010. I expressly reject the allegations contained in that Affidavit of Service. While I did make one trip to 3 East 64th Street, New York, New York (*i.e.,* the Consulate of India) on April 6, 2010, as set forth above, neither Ms. Genao nor anyone else ever served me with the Summons and Complaint on the street in front of the Consulate of India as alleged.

9.     The Consulate of India is not my place of business, employment, dwelling or abode. I have never authorized any person, let alone any persons at the Consulate of India, to accept service of process on my behalf.

10.     Another official visit I took in the recent past to New York was in September 2009, where I had various meetings aimed at carrying out the objectives of the Memorandum of Cooperation. Attached hereto as Exhibit 5 is a true and correct copy of my itinerary for this official September 2009 visit.

11.     During that visit, I met with President of the World Bank, Mr. Robert Zoellick. During this meeting, I discussed with Mr. Zoellick the ongoing World Bank-supported projects in India and sought World Bank support for a number of proposed projects. We specifically discussed whether the World Bank could provide $2.9 billion to assist Indian in its efforts to upgrade single lane roads to two lane roads. I also sought financing for a National Highways Development Project ("NHDP") and Road Safety

4

Program. In addition, we discussed whether the World Bank could provide additional financial assistance for the Viability Gap Funding (VGF)/Annuity Funding for build-and-operate-transfer projects under the NHDP because World Bank financing would assist India in attracting private investments in the NHDP. Mr. Zoellick suggested that I should consider seeking assistance from the International Finance Corporation ("IFC") to accomplish India's ambitious goal to expand the country's highway systems, because the IFC has accumulated knowledge and experience in supporting the private sector, especially in India. At the conclusion of this meeting, Mr. Zoellick and I followed up on these points with other World Bank officials and other Indian officials traveling with me.

12.     During this official September 2009 visit, I also attended a roundtable co-chaired by the special advisor on management reforms to the Secretary General of the United Nations and Ambassador Wisner, former ambassador to India. During this meeting, participants, which included major U.S. companies in addition to the United Nations special advisor and Ambassador Wisner, discussed India's aggressive growth plans for increasing infrastructure spending as well as the investment opportunities available in Indian infrastructure projects.

13.     During some of my official visits to the United States in the six years prior to April 2010, I was able to avail myself of a few free days which fell either on weekends or on intervening days between official engagements during such official visits. I was able to avail of no more than seven such free days in the United States, and did not avail of any such free days in New York, during that period. Other than these occasions, I have not traveled to the United States or New York in my personal capacity.

**No Other Relevant Contacts With New York**

14.     I have never conducted any business activities in the State of New York, other than in my official role for the Republic of India.  Other than my compensation from the Republic of India, I have never received any income or revenue from goods used or consumed, or services rendered, in New York, or from interstate or international commerce involving New York.  I am entitled to royalties from a book I authored published in the United States; to date I have collected no royalties.

15.     I have always exclusively been a domiciliary and citizen of the Republic of India. I have never resided in the United States or New York.  Moreover, since 1984, I:

        a.     did not own or lease any real or personal property located in New York State, or in any other State or territory in the United States, in my individual or any other capacity;

        b.     did not have any personal bank or investment accounts of any type in New York State, or in any other State or territory in the United States in my individual or any other capacity;

        c.     did not buy or sell any assets in New York State, or in any other State or territory in the United States in my individual or any other capacity;

        d.     did not employ anyone in New York State, or in any other State or territory in the United States in my individual or any other capacity, other than the attorneys representing me in this action;

e.      did not file any tax returns in New York State, or any other State or territory in the United States in my individual or any other capacity;

f.      have not been an owner of any business that is registered in, markets to, or conducts business transactions in New York State or any other State or territory in the United States;

g.      have not been a controlling shareholder of any corporation that is registered in, markets to, or conducts business transactions in New York State or any other State or territory in the United States;

h.      have not instituted any legal action in New York State or any other State or territory in the United States;

i.      have not in my individual or any other capacity made any contribution or donation to any charitable or non-profit organization(s) in New York State, or in any other State or territory in the United States;

j.      have not supervised or managed any charities, benevolent organizations, benevolent associations, or non-profit organizations in New York State, or in any other State or territory in the United States; and

k.      have not, in my individual or any other capacity, had any mailing address in New York State or in any other State or territory in the United States.

16.    These facts set forth in paragraphs 13-14 above also have not changed since the filing of this action.

17.    As a government official with domestic duties and responsibilities, my presence in India is essential and necessary.  Thus, my official travels outside of the

country are required but are limited in number and duration.  It will seriously impede my ability to carry out my official duties if I am required to spend significant periods of time in New York to defend myself in this lawsuit.

**Official Conduct in November 1984**

18.    In November 1984, I was serving as an elected Member of Parliament and member of the Indian National Congress for the Republic of India.  When violence broke out on November 1, 1984, I went in my official capacity to Gurudwara Rakab Ganj Sahib, one of the sites of violence, where I attempted to bring the violence under control until additional police forces arrived.  The violence in this period is commonly referred to as the "Anti-Sikh Riots of 1984."

19.    My official responsibilities in this official role were to act as a representative of the people of my constituency and discharge my responsibilities as an elected member of the Parliament.

20.    Several political parties have formed the federal Government in India since 1984. The Indian Government, headed by several non-Congress political party leadership, have, over the years, appointed various commissions to look into these events. It was only in 2005 that, for the first time, I was called by one such commission, the Nanavati Commission, to respond to a complaint filed twenty years after the events took place.  My response, in the form of an affidavit, details what happened on November 1, 1984 at Gurudwara Rakab Ganj Sahib, and my role and conduct there.  A true and correct copy of that affidavit is attached hereto as Exhibit 6.

21.     No actions or proceedings have ever been initiated against me in India or elsewhere related to the Anti-Sikh Riots of 1984, until the current lawsuit.  Proceedings have been initiated against others in India over the years, and findings against other individuals have been made.

22.     The Republic of India has not waived immunity for me in connection with this action or otherwise.

I swear that the foregoing is true and correct.

Executed this 20th day of June 2011 in New Delhi, India.



SWORN BEFORE ME
SHALL UNDERTAKE NO RESPONSIBILITY
OF THE CONTENTS OF THIS DOCUMENT



**KAMAL NATH**



9



भारत सरकार **GOVERNMENT OF INDIA**

अपोस्टिल / **APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

**INDIA**

*This public document of the type*

**AFFIDAVITS**

*is issued to* **KAMAL NATH**

*has been signed by* **BHUPINDER SINGH**

*with the seal / stamp of* **SDM, CHANAKYA PURI, JAM NAGAR HOUSE, NEW DELHI, DELHI**

*Certified by*

Section Officer(OI) MINISTRY OF EXTERNAL AFFAIRS

*on* 20-Jun-2011   *at* NEW DELHI, INDIA

*reference no.* DLND0003372511



*Seal / Stamp*

PD 358

*Signature* श्री लीसियान के.पि.
SASI LEACHIOUS K.P.
अनुभाग अधिकारी (ओ.आई.)
Section Officer (O.I.)
विदेश मंत्रालय, नई दिल्ली
Ministry of External Affairs
New Delhi

EXHIBIT – 1

| | From | To | DOJ | Dep. | Arr. | Flight No |
|---|---|---|---|---|---|---|
| | | | | | | EXHIBIT - 1 |
| | Paris | Washington | 01.06.05 | 10.15 am | 12.35 pm | AF 28 |
| 1 | Washington | New York | 02.06.05 | 1.30 pm | 2.29 pm | DL 1954 |
| | New York | Paris | 04.06.05 | 10.55 am | 11.50 am | AF 0009 |
| | | | | | | |
| | Frankfurt | Washington | 21.6.06 | 10.15 am | 1.45 pm | LH 416 |
| 2 | Washington | New York | 22.6.06 | 7.00 pm | 8.05 pm | US 2187 |
| | New York | London | 25.6.06 | 10.30 pm | 11.00 am | BA 114 |
| | | | | | | |
| 3 | Paris | New York | 13.10.06 | 9.45 pm | 11.30 pm | AF 008 |
| | New York | London | 15.10.06 | 7.30 am | 7.45 pm | VS 026 |
| | | | | | | |
| 4 | Frankfurt | New York | 24.10.06 | 10.00 am | 12.10 pm | LH 0400 |
| | New York | London | 26.10.06 | 9.25 pm | 9.05 am | BA 182 |
| | | | | | | |
| | Delhi | Frankfurt | 21.9.07 | 2.25 am | 7.00 am | LH 761 |
| 5 | Frankfurt | New York | 21.9.07 | 8.30 am | 10.50 am | SQ 26 |
| | New York | London | 25.9.07 | 10.30 pm | 10.20 am (26.9.07) | BA 182 |
| | London | Delhi | 29.9.07 | 10.45 am | 10.00 am (30.9.07) | 9W 121 |
| | | | | | | |
| | Singapore | London | 4.5.08 | 5.55 am | 11.30 pm (5.5.08) | SQ 322 |
| 6 | London | New York | 5.5.08 | 8.55 am | 11.20 am | BA 117 |
| | New York | Chicago | 9.5.08 | 5.30 pm | 8.00 pm | AA345 |
| | Chicago | Delhi | 10.5.08 | 7.10 pm | 8.30 pm (11.5.08) | AA292 |
| | | | | | | |
| | Delhi | New York | 11.9.09 | 0025 Hrs | 0600 Hrs | AI 101 |
| 7 | New York | Washington | 11.9.09 | 8.30 am | 10.00 am | AA 4749 |
| | Washington | New York | 12.9.09 | 10.00 am | 11.15 am | US 2166 |
| | New York | Delhi | 19.9.09 | 5.05 pm | 4.45 pm (20.9.09) | AI 102 |
| | | | | | | |
| | Delhi | New York | 5.4.10 | 12.15 am | 6.00 pm | AI101 |
| 8 | New York | Delhi | 11.4.10 | 5.15 pm | 4.45 pm (12.4.10) | spl |

EXHIBIT — 2

MEMORANDUM OF COOPERATION
BETWEEN
THE DEPARTMENT OF ROAD TRANSPORT AND HIGHWAYS
(THE MINISTRY OF SHIPPING, ROAD TRANSPORT AND HIGHWAYS)
GOVERNMENT OF THE REPUBLIC OF INDIA
AND
THE DEPARTMENT OF TRANSPORTATION
OF THE UNITED STATES OF AMERICA
ON COOPERATION
IN TRANSPORTATION SCIENCE AND TECHNOLOGY

The Department of Road Transport and Highways (The Ministry of Shipping, Road Transport and Highways), Government of the Republic of India and The Department of Transportation of the United States of America (hereinafter referred to as "the Participants");

Recognizing that new developments in the field of transportation technology can make important contributions toward promoting, encouraging, and advancing safe, economical, efficient, and environmentally sound transportation systems; and

Desiring to promote scientific and technological cooperation and collaboration in the field of transportation have reached agreement as follows:

Article I

The Participants intend to undertake cooperation and collaboration in transportation science and technology on the basis of equality, reciprocity and mutual benefit.

Article II

The Participants intend that the cooperation and collaboration may include the following fields:

1. Surface transportation;
2. Intermodal transportation;
3. Safety transportation;
4. Transportation for the Mobility Disabled;
5. Intelligent Transportation Systems (ITS);
6. Other fields of mutual interest.

The Participants may identify specific projects for cooperation in transportation science and technology within the above-mentioned fields. Identification of areas of cooperation and their implementation may be made while paying due attention to the state of art of technology regarding such projects.

### Article III

The Participants may pursue cooperation through one of the following methods:

1. Exchange of scientific and technical information on subjects of mutual interest;
2. Exchange of specialists, delegations, and scientific and technical personnel;
3. Joint organization of symposia, seminars, and other meetings;
4. Joint research in science and technology transportation; and
5. Other forums of cooperation as mutually agreed.

### Article IV

With regard to the cooperative activities under this Memorandum, the Participants may allow, as appropriate, the participation of other relevant governmental agencies, researchers and organizations from all sectors of the research establishment, including universities, national laboratories, and the private sector.

### Article V

In order to coordinate the cooperative activities, each Participant may designate a representative to be responsible for determining the particular directions of cooperation and for ensuring the effectiveness of exchange. The representatives of the Participants or their designated coordinators should, by correspondence, consult with each other and define the cooperative activities and other related matters. When necessary, they may meet to consider matters related to the implementation of this Memorandum.

### Article VI

The cooperation is subject to the availability of funds and personnel.

### Article VII

Specific cooperative projects and activities may be embodied in separate memoranda or plans between the Participants, which may cover the subject, procedures, and terms of cooperation to be undertaken, the entities involved, funding, and other appropriate matters related to the conditions of such cooperation.

3

## Article VIII

The Participants may consult, as appropriate, in respect of any matter that may arise from, or in connection with, the Memorandum.

## Article IX

Scientific and technical information of a non-proprietary nature derived from the cooperative activities conducted under the Memorandum may be made available to the public through customary channels and, in accordance with, the normal procedures of the Participants and other governmental entities involved in the cooperative activities.

## Article X

Information transmitted by one Participant to the other under this Memorandum should be accurate to the best knowledge and belief of the transmitting Participant, but the transmitting Participant does not intend to warrant the suitability of such information for any particular use or application by the receiving Participant.

## Article XI

The activities under this Memorandum should commence on the date of signature below. Either Participant may end its cooperation under this Memorandum at any time, but should attempt to provide sixty (60) days prior written notification to the other Participant. The Participants should endeavor to complete or continue specific activities then underway, if they so choose.

FOR THE DEPARTMENT OF ROAD
TRANSPORT AND HIGHWAYS
(MINISTRY OF SHIPPING, ROAD
TRANSPORT AND HIGHWAYS)
GOVERNMENT OF THE
REPUBLIC OF INDIA:

FOR THE DEPARTMENT OF
TRANSPORTATION OF
THE UNITED STATES OF AMERICA:

Date: April 14, 2005

4

### *ANNEX TO THE MEMORANDUM OF COOPERATION ON ROAD TRANSPORT, AND HIGHWAY SCIENCE AND TECHNOLOGY*

This annex to the Memorandum of Cooperation demonstrates the desire of our two countries to establish and maintain rigorous transportation science and technological cooperation work that will serve as an example to the rest of the world.

Desiring to move forward with the implementation of specific cooperative projects, we envisage the following, but not limited to, initial schedule of specific activities:

### In the Area of Public Transportation

--In-house training program and US scanning
   tour for Indian public transport officials.

--Joint Bus Rapid Transit Conference.

--US/India workshop on public transportation
   for the disabled.

--Development of joint ITS transit project,
   exchange of personnel.

### In the Area of Highways

Establish communications link between our road experts to
develop a framework for exchanging technical information
in the following areas as well as others of mutual interest:

--Sharing of information such as infrastructure financing,
   road safety and the use of intelligent transportation systems;

--Sharing of scanning reports which includes information
   learned by the Federal Highway Administration
   in conjunction with the American Association of State
   Highway Transportation Officials in response to
   high priority transportation needs in the United States.

--Share experience in developing our National Highway Trunk
   System; and

--Offer training courses at the FHWA's National Highway
   Institute according to an established fee schedule.

EXHIBIT – 3

## PROGRAMME OF MINISTER (RT&H) IN NEW YORK
### 5 – 12 April, 2010

| Date/Day | Time | Engagements | Remarks |
|---|---|---|---|
| 5 Apr (Mon) | 0025 hrs | Dep: Delhi | AI 101 |
| | 0600 hrs | Arr: New York<br>Stay at :<br>Edwardian Suite<br>The Plaza<br>Fifth Avenue at Central Park South<br>New York, N.Y. 10019<br>Tel. : 212.759.3000<br>Fax : 212.759.3001 | Contact : Mr. Rajan Lai, Director<br>Tel:: 212-546-5214<br>Mob: 646-209-4926<br>rajan.lai@fairmont.com |
| | 1930 hrs | Private Meeting with Mr. Sanjeev Mehra (TBC) | The Plaza |
| 6 Apr (Tue) | 1030 hrs | Meeting with Mr. Henry Kravis, KKR | |
| | 1200 hrs | Departure from Hotel | |
| | 1210-1340 hrs | Luncheon Meeting being organised by FICCI and Business Council for International Understanding (BCIU) | Aereole,<br>(42nd Street + 6th Avenue) 1 Bryant Park, 135 West 42nd Street, New York 10036.<br>Contatct: Ms. Ranjana Khanna<br>Tel: 202 776 7181<br>Fax: 202 331 8703 |
| | 1745 hrs | Departure from Hotel | |
| | 1800 hrs | Press Conference | |
| | 1830-1900 hrs | Reception | CG of India |
| | 1900-1915 hrs | Meeting with Mr. Daniel Berns | |
| | 1915-1930 hrs | Talk on "The Challenges of Infrastructure Development in India" | Consulate's Ball Room CGI, 3 East, 64th Street, New York<br>Tel: 212 774 0601<br>Fax: 212 879 7888 |
| | 1930 hrs onwards | Followed by Dinner | |
| 7 Apr (Wed) | 0900-1100 hrs | Breakfast roundtable with the CEO/Senior Executives of major construction firms/investors being organised by Indian Embassy, McGraw Hill, US India Business Council & CII | Harvard Club<br>35 West 44th Street<br>New York, NY 10036-6613, United States<br>Tel:(212) 840-6600<br>Fax:(212) 827-1270 |
| | 1245-1345 hrs | Lunch with Mr. Stephan Schwarzman, CEO, Blackstone | Ciprian Restaurant |
| | 1500 hrs | Meeting with Mr. Nilesh Patnayak | |
| | 1900-1930 hrs | Reception | |
| | 1930-2100 hrs | Dinner hosted by Mr. Harold McGraw III, Chairman, President and Chief Executive Officer, The McGraw Hill | Signature Room, The McGraw-Hill Companies Corporate Headquarters 50th Floor, 1221 Avenue of the Americas ,New York, Contact:Alberta Esposito<br>212-512-6206 Tel<br>212-512-4502 Fax<br>alberta_esposito@mcgraw-hill.com |
| 8 Apr (Thu) | 0810-0840 hrs | 2010 Global Construction Summit being organised by McGraw-Hill Companies:<br><br>-    Keynote Address on Investing in Indian Infrastructure | The McGraw-Hill Companies Corporate Headquarters Auditorium, 2nd Floor (6th Avenue, between 48th and 49th Streets) NY 10020<br>Contact :Amy Ecolino<br>Mob : (917) 548-6919 |
| 11 Apr (Sun) | 1705 hrs | Dep: New York | AI 102 |
| 12 Apr Mon) | 1645 hrs | Arr: New Delhi | |

EXHIBIT - 4

EXHIBIT - 4

| First | Last | Title | Organization | Country |
|---|---|---|---|---|
| Puneet | Kumar | Director ( hi | Ministry of Road Transport & Highways- Govt of India | India |
| M.P. | Sharma | | National Highways Authority of India | India |
| Marcos | Alberti | Deputy Con | Consulate General of Italy | USA |
| Nik | Khanna | | U.S.-India Business Council | USA |
| Chang-Goo | Jung | Head of Fina | International Constractors Association of Korea | Korea |
| Daiichiro | Takeuchi | | Consulate-General of JAPAN in New York | USA |
| Ahmet | Canli | Commercial | Turkish Consulate General in New York | USA |
| Manuela S. | Zoninsein | | China Correspondent | China |
| Wang | He | Vice Chairm | China International Contractors Association | China |
| Qian | Dongfeng | Section Chie | China Railway Construction Corporation Limited | China |
| Peng | Jianghong | Deputy Chie | China Railway Construction Corporation Limited | China |
| Guo | Jinfang | | China Railway Construction Corporation Limited | China |
| Jing | LIU | Training Dep | China Internatioal Contractors Association | China |
| Rajiv K. | Luthra | Founder & M | Luthra & Luthra Law Offices | India |
| Khalid | Bin Jamal | Officer on Sp | Ministry of Road Transport & Highways- Govt of India | India |
| Prabhu | Dayal | | Consul General of India in New York | USA |
| Tineke | de Vries | Environmen | Consulate General of the Netherlands | USA |
| Tingyan | Lai | Vice Consul | Consulate General of the People's Republic of China in New York | USA |
| Sadek | Owainati | Managing D | EDAMA Consulting | UAE |
| Pramod K. | Bajaj | Consul (HOC | Consulate General of India in New York | USA |
| John | Hillman | Senior | President, HB Bridge Co. | USA |
| Charlotte | Liu | Senior Direc | McGraw-Hill Companies | USA |
| Lisa | Chen | CCO | Aon-COFCO Insurance Brokers Co., Ltd | USA |
| Alanna | Malone | Editorial Ass | GreenSource | USA |
| Paul L. | Bonington | | McGraw - Hill Construction | USA |
| Patti | Walsh | | McGraw - Hill Construction | USA |
| Glenn | Goldberg | | McGraw-Hill Companies | USA |
| Jim | Haley | | McGraw-Hill Construction | USA |
| Aileen | Cho | | McGraw-Hill Construction | USA |
| Charlie | Fagan | | McGraw-Hill Construction | USA |
| Keith | Fox | President | McGraw-Hill Construction | USA |
| Keith | Fox | President | McGraw-Hill Construction | USA |
| Mark | Kelly | | McGraw-Hill Construction | USA |
| Bob | Murray | | McGraw-Hill Construction | USA |
| Cliff | Pearson | | McGraw-Hill Construction | USA |
| Debra | Rubin | | McGraw-Hill Construction | USA |
| Tom | Sawyer | | McGraw-Hill Construction | USA |
| Rusty | Sherwood | | McGraw-Hill Construction | USA |
| Gary | Tulacz | | McGraw-Hill Construction | USA |
| Seth | Horowitz | | McGraw-Hill Construction | USA |
| Harvey | Bernstein | | McGraw-Hill Construction | USA |
| Amy | Ecolino | | McGraw-Hill Construction | USA |
| John | Gudgel | | McGraw-Hill Construction | USA |
| Jay | McGraw | | McGraw-Hill Construction | USA |
| Peter | Reina | | McGraw-Hill Construction | USA |
| Bob | Stuono | | McGraw-Hill Construction | USA |
| Kate | Cassino | | McGraw-Hill Construction | USA |
| Steve | Jones | | McGraw-Hill Construction | USA |
| Amy | Katz | | McGraw-Hill Construction | USA |
| Roy | Kops | | McGraw-Hill Construction | USA |
| Scott | Lewis | | McGraw-Hill Construction | USA |
| Per | Lofving | | McGraw-Hill Construction | USA |
| Nadine | Post | | McGraw-Hill Construction | USA |
| Michele | Russo | | McGraw-Hill Construction | USA |
| Sandy | Singh | | McGraw-Hill Construction | USA |
| Andrew | Wright | | McGraw-Hill Construction | USA |
| Kathy | Malangone | | McGraw-Hill Construction | USA |

| First | Last | Title | Organization | Country |
|---|---|---|---|---|
| Lisa | Jaycox | | McGraw-Hill Construction | USA |
| Suzanne | Stephen | | McGraw-Hill Construction | USA |
| Linda | Brennan | | McGraw-Hill Construction | USA |
| Diedre | McGrath | | McGraw-Hill Construction | USA |
| Matt | McLiverty | | McGraw-Hill Construction | USA |
| Pina | DelGenio | | McGraw-Hill Construction | USA |
| Tom | Ichniowski | | McGraw-Hill Construction/ENR | USA |
| Merdith "Bo" | Temple | | U.S. Army Corps of Engineers | USA |
| Art | Fox | | | USA |
| Blaine D. | Leonard | President | American Society of Civil Engineers | USA |
| Patrick J. | Natale | Executive Di | American Society of Civil Engineers | USA |
| Mel | BurgEs | Vice Chairm | Construction Financial Management Association | USA |
| Peter | Schwartz | President & | Construction Financial Management Association | USA |
| Régine | Clément | Trade Comn | Consulate General of Canada | USA |
| Rubén | Beltrán | Consul Gene | Consulate General of Mexico in New York | USA |
| Shinichi | Nishimiya | Ambassado | Consul-General of Japan in New York | USA |
| Peter | Davidson | Executive Di | Empire State Development | USA |
| Guenter | Maier | Director | Germany Trade and Invest | USA |
| Richard T. | Anderson | President | New York Building Congress | USA |
| Gregory | Sizemore | Executive Vi | The Construction Users Roundtable | USA |
| Bing | Xu | Commercial | The Consulate General of the People's Republic of China in New Yc | USA |
| Ron | Somers | President | U.S.-India Business Council | USA |
| James | Kinsley | Infrastructu | British Consulate-General New York | USA |
| Fernando | Villalonga | | Consul General of Spain | USA |
| Ravi | Bhagavan | Parner | Galileo Global Advisors, LLC | USA |
| Judy | Cooper | | PB | USA |
| Nildo Carlos | Oliveira | | O Empreiteiro | Brazil |
| Leonardo Partel | Young | | O Empreiteiro | Brazil |
| Patrick | Thompson | | Kingston Construction Association - KCA and Professional Engineer | Canada |
| Maria | Paulucci | Class Editor | MF/Milano Finanza | Italy |
| Kris | Shetty | MG Editor | Asia News | USA |
| Russell | Shevins | | Business Monitor International | USA |
| Erika | Lockhart | | Business Monitor International | USA |
| Jack | Hutson | Sound | FBC Media | USA |
| Emily | Lightfoot | Producer | FBC Media | USA |
| Mike | Nolan | Camera | FBC Media | USA |
| Steven C.F. | Anderson | Managing D | InfrastructureUSA.org | USA |
| Paul | McGinnis | | New York House | USA |
| Susan | Piperato | | New York House | USA |
| Ernest | Burden | Editor | Principals Report | USA |
| Ilaina | Jonas | | Reuters | USA |
| John | Golden | | Westchester County Business Journal | USA |
| Jian | Cao | | World Press | USA |
| Tudor | Van Hampton | | McGraw - Hill Construction | USA |
| Jane | Kolleeny | | McGraw-Hill Construction | USA |
| **Jennifer** | Calixto | Assistant | | USA |
| Jim | Kerr | | McGraw-Hill Construction | USA |
| Kim | Hilsenbeck | Product Mai | Deltek | USA |
| Nancy | Sperry | Director Glo | Deltek | USA |
| Dave | Gvillo | Strategic Pla | IR Climate Solutions | USA |
| Maureen J. | Lally | Strategic Ma | Trane | USA |
| Thad | Sheely | | New York Jets | USA |
| Mike | Zimmerman | | AUSTRADE | Australia |
| Ian | Ugarte | Act director | AUSTRADE | Australia |
| **Anjali** | Jain | Senior Direc | AUSTRADE | Australia |
| Prashanti | Kanagasabai | | AUSTRADE | Australia |
| **Laki** | Kondylas | Senior Direc | AUSTRADE | Australia |
| **Gerard** | Seeber | Senior Trade | AUSTRADE | Australia |
| Jac | Pienaar | | Katanoo Pty Ltd | Australia |
| Steve | Bates | SVP Civil Cor | Liberty International Underwriters | Australia |
| John | Shaw | | Liftmaster Electronics | Australia |

| First | Last | Title | Company | Country |
|---|---|---|---|---|
| Michael | McDonnell | Sr VP | Endurance Specialty Insurance | Bermuda |
| Luis | Appendino | Comemrcial | Camargo Correa | Brazil |
| Xing | Yan | Vice | Beijing Construction Engineering Group Co. LTD | China |
| Chen | Gong | Vice | China Gezhouba Group International Engineering Co.LTD | China |
| Lu | Shan | Vice | China Road And Bridge Corporation | China |
| Hongyu | Wang | Director | Sinosteel Equipment & Engineering Co., LTD | China |
| Isabelle | Kowalski | Sr Underwrit | SCOR Globa P & C | France |
| Oliver | Holleber | Mr. | HALFEN GmbH | Germany |
| Minesh | Shah | Managing D | Marutinandan Realtors Pvt ltd | India |
| Praveen | Kumar | Director | praveenconstruction | India |
| Fanori | Roberto | Infrastructu | Saipem S.P.A. | Italy |
| Chansik | Park | Professor | Chung - Ang Univ | Korea |
| Jae | Gyoon Lee | Chairman | The International Contractors Association of Korea | Korea |
| | | | The International Contractors Association of Korea | Korea |
| Gbolahan | Adeniyi Fowora | Architect | Gafowny Associates | Nigeria |
| Olufunke Adetutu | Fowora | | Gafowna Associates | Nigeria |
| Belinda | Velasco | Operations | PRV Enterprises | Philippines |
| Ma.Valerue | Velasco | Sales Manag | PRV Enterprises | Philippines |
| Karin | Lepasoon | EVP | Skanska | Sweden |
| Serdar | Over | Director of E | BAYTUR Construction | Turkey |
| Ali Atilla | Korkmaz | VP | Korkmaz Group of Construction | Turkey |
| Khaldoon | Al Darraji | Senior Engir | Dubai Municipality | UAE |
| Adekunle B | Kareem-Abeshin | Chairman | Atamap Associates Limited | UK |
| Gary | Hagelthorn | | ABI Design & Construction | USA |
| Pamela | Mullender | Executive Di | ACE Mentor Program of America | USA |
| Joseph | Cartin | BDM | Aconex | USA |
| Dexter | Bachelder | General Bus | Aconex | USA |
| Todd | Chalk | Recruiter | AECOM | USA |
| Bob | Niemeier | Director of S | Alberici Constructors | USA |
| Michael | Marra | VP Construc | American Arbitration Assocation | USA |
| Luis | Martinez | VP | American Arbitration Assocation | USA |
| Bill | Pace | VP Major | AmQuip Crane Rental LLC | USA |
| Brent | Streetman | VP Global Sa | Anixter | USA |
| Richard | Yeazel | SVP | Aon Risk Services | USA |
| Nigel | Ruddell | | Apricus | USA |
| Rajeev | Arora | EVP | Arora Engineers, Inc. | USA |
| M. Kirk | Pickerel | President ar | Associated Builders and Contractors | USA |
| Richard | Barnes | Quality Syst | Atema, Inc. | USA |
| Anna | Petroski | President | Atema, Inc. | USA |
| Narendra | Shah | Principal | Axis Design Group International | USA |
| Gary | Gardner | Market Stra | Bayer MaterialScience | USA |
| Jane | Orr | Lead Learnin | Bechtel Power Construction | USA |
| Tiger | Waddell | | Bechtel Power Construction | USA |
| Richard S. | Green | Shareholder | Butzel Long | USA |
| Lonny | Simonian | Assocaite Pr | California Polytechnic State University, San Luis Obispo | USA |
| John | Rovi | Business De | CDC | USA |
| William | Van Wagenen | PM/CM Prac | CH2M Hill | USA |
| Michael | Yang | Chief Under | Chartis Int'l | USA |
| Morrison | Sinyale | City Enginee | City of Monroe | USA |
| Kolby | Lathrop | Sr Accounts | Coins USA | USA |
| Cathy | Terwilliger | Sales & Mar | Coins USA | USA |
| Ian | Highet | Managing P. | Cort Square Capital Partners | USA |
| Peter | Chang | Associate | Credit Suisse | USA |
| Stephen | McBrady | Attorney | Crowell & Moring LLP | USA |
| Michael | Mourad | Market Dev | Dbi Services | USA |
| Coke | Mead | Business De | DBM Contractors Inc. | USA |
| Bruce | King | Sales | Diversified Lighting Associates | USA |
| D.K. | Gupta | President ar | DKI Engineering Consulting USA PC | USA |
| Brough | Richey | Sr. R&D Lea | Dow Chemical | USA |
| Colin | Gouveia | Business VP | Dow Chemical | USA |
| Michael | McGaugh | General Mai | Dow Chemical | USA |

| | | | | |
|---|---|---|---|---|
| Michael | Conley | Admin | DuPont | USA |
| James | Ellis | Engineering | DuPont | USA |
| George | Wang | Professor | East Carolina University | USA |
| Inder | Chawla | President | Elcon Associates Inc. | USA |
| Bart | Powelson | Director - M | Emerson Climate Technologies | USA |
| Claudia | Beruben | Business De | ENG Studios | USA |
| Raul | Gomez | EVP | ENG Studios | USA |
| Michael A. | Lucki | Partner | Ernst & Yount | USA |
| Jay | Zukerman | | Ernst & Yount | USA |
| Lori | Burger | Sr SAP | Et Alia, LLC | USA |
| Kit | Emert | President | Fabral | USA |
| Henry ( Hank ) | Harris Jr. | President ar | FMI Corporation | USA |
| Joseph | Castellano | | FTI Consulting | USA |
| Sean | Donohue | | FTI Consulting | USA |
| Egon | Larsen | Global Cons | GEO Construction Engineering | USA |
| Yousif B. | Ghafari | Chairman | Ghafari Associates, LLC | USA |
| Aaron | Bachik | Managing D | Green Manning & Bunch | USA |
| Jason | Munoz | VP | Green Manning & Bunch | USA |
| Robert | Epstein | Partner | Greenberg Traurig, LLP | USA |
| Mark | England | President | Greenstreak Group | USA |
| Robert | Muir | Power Syste | H.O. Penn Machinery Co., Inc. | USA |
| Paul | Angerame | VP | Hatzel and Buehler, Inc. | USA |
| Marc | Datz | Sr. Managin | Helbling & Associates | USA |
| Thomas J. | Helbling | President | Helbling & Associates | USA |
| Frederic Z. | Samelian | President, C | Hill International | USA |
| Dave | DeLellis | Executive | Hirco | USA |
| Yoshiki | Sukeyasu | Manager, Bi | HITACHI ZOSEN U.S.A. Ltd. | USA |
| Becky | Bisel | Research m | HNTB | USA |
| Moon Ha | Cha | General Ma | Hyundai Engineering and Construction | USA |
| Kevin | Young | Carpenter | Inccer | USA |
| | | | Inccer | USA |
| Thomas R. | Morgan | President ar | Intelspec International, Inc. | USA |
| Ian | Burt | Planning M | INVISTA | USA |
| Michelle | Jones | VP, Marketi | Jacobs Engineering | USA |
| Jay | Shapiro | President | Jay Shapiro and Associates | USA |
| Dana | Schnipper | Partner | JC Ryan EBCO / H&G LLC | USA |
| Umesh | Jois | | JCMS, Inc. | USA |
| Art | Goehry | Sr. Director, | Johnson & Johnson | USA |
| Neal | Sweeney | Partner | Kilpatrick Stockton | USA |
| Lee | Stern | Director | KKR | USA |
| Shannon L. | Copeland | Departmen | Klipatrick Stockton LLP | USA |
| Amit | Ringshia | Manager | KPMG | USA |
| George | Leventis | Sr Pricinpal, | Langan Engineering and Environmental Services, PC | USA |
| Joedi | Brown | MS | LATICRETE International, Inc. | USA |
| Kirby | Davis | Global Acco | LATICRETE International, Inc. | USA |
| Richard | Lawrie | President | Lawrie & Associates, LLC | USA |
| Howard | Mager | | M. Team LLC | USA |
| Smitha | Balasubramania | Analyst | Macquarie Capital | USA |
| Daniel Mariano | Margulies | Principal | Margulies Hoelzli | USA |
| Robert | McCue | Principal | MDC Systems | USA |
| Mitchell | Swan | | MDC Systems | USA |
| Crystal | Arnold | | MDC Systems | USA |
| Dwight | Beranek | Sr. VP | Michael Baker Jr. Inc. | USA |
| Paul M. | Murphy | Associate | Milbank, Tweed, Hadley & McCloy LLP | USA |
| Nancy | Horne | Principal | NDH Search | USA |
| Todd | Becker | Global Direc | NOVA Chemicals Inc. | USA |
| Antonio | Torres | VP | NOVA Chemicals Inc. | USA |
| Richard | Lambeck | Clinical Assc | NYU Schack Institute of Real Estate | USA |
| Denys | Oberman | CEO | Oberman Associates Inc. | USA |
| George J. | Pierson | President ar | Parsons Brinckerhoff | USA |
| Hamilton | McDonald | Senior VP | Parsons Brinkerhoff International | USA |

| First | Last | Title | Company | Country |
|---|---|---|---|---|
| Wayne | Overman | President of | PBS&J International | USA |
| Laura | Zimmerman | Self | self | USA |
| Ajay | Singh | President | SEMS, LLC | USA |
| Chris | Carlough | Director of ( | Sheet Metal Workers International Association | USA |
| Manish | Kothari | President | Sheladia Associates Inc. | USA |
| Stuart | Graham | Chairman | Skanska USA | USA |
| Ted | Garcia | Internationa | Sloan Valve Company | USA |
| Jeff | Matros | CEO | STRAAM, LLC | USA |
| Brian | Stobbie | Manager, Bi | STRAAM, LLC | USA |
| Brian | Stobbie | Manager, Bi | STRAAM, LLC | USA |
| Peter | Frantz | VP Sales, Dii | Structal | USA |
| Ron | Federico | CEP | Superior Gunite | USA |
| Cyrus | Izzo | Mr. | Syska Hennessy Group | USA |
| Alvaro | Piedrahita | President | T.Y.Lin International | USA |
| John | Roberts | | Talson Solutions, LLC | USA |
| Pat | Pathipati | CFO | Teichert Inc. | USA |
| Jeffrey | Norman | Facilities Prc | The Boeing Company | USA |
| Peter | Cianchette | VP Business | The Cianbro Companies | USA |
| Norbert | Young Jr | Outside Dire | The Cianbro Companies | USA |
| Steven | Halverson | CEO | The Haskell Company | USA |
| Neville | Bugwadia | Director of I | The Judlau Companies | USA |
| Dennis | Smith | VP - Busines | Thomas & Betts Corp | USA |
| David | Zilar | Project Mai | todaysbldg.com | USA |
| James | Bifulco | Managing N | Total Safety Consulting, LLC | USA |
| Randy | Korach | President & | Tremco Incorporated | USA |
| James | Olchawski | Fire Protecti | Unifrax | USA |
| Joseph | Dixon | | United Rentals | USA |
| Fred | Bratman | VP, Investor | United Rentals, Inc. | USA |
| Amy | Javernick-Will | Assistant Pr | University of Colorado | USA |
| Kevin | McCaffrey | Internationa | US International Trade Commission | USA |
| Thomas | Donnelly | President | ValleyCrest Landcape Development | USA |
| Tricia | Atallah | Principal | VangtagePoint Strategy Group | USA |
| Jay | Haladay | | Viewpoint Construction Software | USA |
| David | DeRego | | Viewpoint Construction Software | USA |
| Rob | Humphreys | | Viewpoint Construction Software | USA |
| Jim | Paulson | | Viewpoint Construction Software | USA |
| Maury | Plumlee | | Viewpoint Construction Software | USA |
| Albert | DiBernardo | Principal | Weidlinger Associates, Inc. | USA |
| Michele | Cunningham | VP / Market | Williams Scotsman | USA |
| Davis | Cooper | President/C | WSP Flack + Kurtz | USA |
| Ken | Clark | Director of I | Zurn Industries, LLC | USA |
| Craig | Wehr | VP of Sales ¿ | Zurn Industries, LLC | USA |
| Michael | Atkins | AVP, Europe | Fidelity National Financial | USA |
| Theresa | Bastedo | Business De | AECOM | USA |
| Abdulmedzhid | Suleymanov | HEAD OF | Administration of the urban district "Izberbash city" of Dagestan | Russia |
| Liubov | Ryazhskikh | DIRECTOR | Autonomous non-commercial organization "Scientific production | Russia |
| Karine | Karinyan | CHIEF | Closed company "Stroysystema" | Russia |
| Andrey | Slesaryuk | DIRECTOR | Closed company "Stroysystema" | Russia |
| Aleksandr | Zalutskiy | DIRECTOR | Closed company "OBD" | Russia |
| Victor | Geshele | HEAD OF | Kingisepp city Administration | Russia |
| Aleksey | Paschenko | DIRECTOR | Limited company "Betis-Service" | Russia |
| Natalia | Glazkova | DIRECTOR | Limited company "Capitel" | Russia |
| Magomedsaid | Gasanov | DIRECTOR | Limited company "Dorojno-stroitelniy uchastok and Company" | Russia |
| Kagan | Zhanna | DIRECTOR | Limited company "Stroy-Grad" | Russia |
| Irina | Zalutskaya | DEPUTY | Limited company ISK "Budmar" | Russia |
| Anatoliy | Poddubniy | DIRECTOR | Open company "PrimorVzrivStroy" | Russia |
| Maksim | Nikitushkin | DEPUTY | Protvino city Administration | Russia |
| Aleksandr | Solovyev | SOLE | Sole proprietorship Solovyev Aleksandr Nikolaevich | Russia |
| Victor | Shudegov | CHAIRMAN | State Duma of the Russian Federation | Russia |
| Mark | Golladay | | NCI Building Systems | USA |
| F. Taylor | Grist | National Spi | Watts Water Technologies | USA |

| First | Last | Title | Company | Country |
|---|---|---|---|---|
| Tom | Ike | | Lutron | USA |
| Jay | Rojas | | Construction Specialties | Guam |
| Maria Luisa Montel | Norsa | | | Italy |
| Professor Aldo | Norsa | | | Italy |
| Jerry P. | Brodsky | Partner | Peckar & Abramson, P.C. | USA |
| Jacques | Cook | Partner | Peckar & Abramson, P.C. | USA |
| Antonio | Paruzzolo | Managing D | Thetis SpA | Italy |
| Gianni | Bardazzi | Senior Vice | Maire Tecnimont | Italy |
| Kenny | Lark | | Waste Management | USA |
| Jim | Halter | VP Construc | Waste Management | USA |
| Vince | Dambrosio | Senior Vice | Hill International | USA |
| Scott | Butler | Sr. VP | CUH2A, A Division of HRD | USA |
| Zimi | Meka | Chief | Ausenco Group | Australia |
| Felipe | Montoro Jens | Chief | Odebrecht Investments in Infrastructure | Brazil |
| Jim | Dougan | President, | PCL Constructors Canada Inc. | Canada |
| Paul | Mackintosh | Vice | SNC-Lavalin | Canada |
| Shang | Qingxi | Deputy | China Railway Construction Corporation Limited | China |
| Raouf | Ghali | President | Hill International | Greece |
| Kamal | Nath | Ministry of | Government of India | India |
| Ajit | Gulabchand | Chairman | Hindustan Construction Company Ltd | India |
| Massimo | Ponzellini | Chairman | Impregilo Group | Italy |
| Alberto Aleman | Zubieta | Administrat | Panama Canal Authority | Panama |
| C. Michiel | Jaski | Member | ARCADIS NV | The Netherlands |
| Omar | Waqfi | Independe | | UAE |
| Ian | Tyler | Chief | Balfour Beatty | UK |
| Dan | Epstein | Head of | Olympic Delivery Authority | UK |
| Juan | Santamaria | Chief | ACS Infrastructure Development, Inc. | USA |
| James | Thompson | Chief | AECOM | USA |
| Fiona | Cousins | Principal | Arup | USA |
| Sekip | Senturk | USA | BAYTUR Construction | USA |
| Thor Geir | Ramleth | Senior Vice | Bechtel Group Inc. | USA |
| Greg | Bentley | Chief | Bentley Systems, Incorporated | USA |
| Michelle | Moore | Federal | Council on Environmental Quality, Executive Office of the | USA |
| John | McQuary | Vice | Fluor | USA |
| Charles | Reid | Senior | Gale International | USA |
| Michael | Della Rocca | President | Halcrow, North America | USA |
| Scott | Kolbrenner | Managing | Houlihan Lokey | USA |
| James | von Klemperer | Design | Kohn Pedersen Fox Associates PC | USA |
| Bob | Ivy | | McGraw-Hill Construction | USA |
| Jan | Tuchman | | McGraw-Hill Construction | USA |
| James | Shappell | Group | Parsons | USA |
| Conor | Kelly | Managing | Scotia Capital | USA |
| David | Wyss | Chief | Standard & Poor's | USA |
| Raymond | Levitt | Professor | Stanford University | USA |
| Greg | Devine | Senior Acco | CMIC | Canada |
| | | | CMIC | Canada |
| Francis | Ekeng | CEO | Servetek | Canada |
| Ong See | Lian | VP - ASIA RI | RICS | Hong Kong |
| Murad | Acar | Director | Agaoglu Corporation | Turkey |
| Thomas | Dickmann | | AECOM | USA |
| Timothy | McManus | | AECOM | USA |
| Marcos | Diaz-Gonzalez | | AECOM | USA |
| Christine | McEntee | Executive Vi | AIA | USA |
| George | Miller | 2010 AIA Na | AIA | USA |
| David T. | Downey | Managing D | AIA Corporate Relations & Business Development | USA |
| Suzanna | Wight | Managing D | AIA Corporate Relations & Business Development | USA |
| Matt | Bruce | | Astadia | USA |
| Rob | Miller | | Astadia | USA |
| | | | Astadia | USA |
| Ira | Harvel | EC&O Accou | B4 Consulting, Inc. | USA |
| Phillip | Schell | EC&O Practi | B4 Consulting, Inc. | USA |

| First | Last | Title | Company | Country |
|---|---|---|---|---|
| Jim | Tobin | EC&O Accou | B4 Consulting, Inc. | USA |
| Roy | Hopkinson | | Bentley | USA |
| Carey | Mann | Vice Preside | Bentley | USA |
| Ed | Mueller | | Bentley | USA |
| Bob | Mueser | | Bentley | USA |
| Lew | Reed | | Bentley | USA |
| John | Riddle | | Bentley | USA |
| Bhupinder | Singh | Sr. Vice Pres | Bentley | USA |
| Max | Taylor | | Bentley | USA |
| Malcolm | Walter | | Bentley | USA |
| Joe | Balik | Manager, | Grace Construction Products | USA |
| James | Falconer | Manager - | Grace Construction Products | USA |
| Alistair | MacDonald | Director, | Grace Construction Products | USA |
| Matthew | Wernham | Communica | Halcrow | USA |
| John | Bolles | | Halcrow | USA |
| Manju | Chandrasekhar | | Halcrow | USA |
| Patrick | King | | Halcrow | USA |
| Steve | Lowry | | Halcrow | USA |
| Yaver | Abidi | | Halcrow | USA |
| Bob | Brownstein | | Halcrow | USA |
| Pierre | Desautels | | Halcrow | USA |
| Helga | Junold | | Halcrow | USA |
| Bob | Ulrich | | Halcrow | USA |
| Dave | Watson | | Halcrow | USA |
| | | | Halcrow | USA |
| Andrea | Gribaum | | Halcrow | USA |
| John | Paolin | | Hill International | USA |
| David | Richter | President an | Hill International | USA |
| Irv | Richter | Chairman an | Hill International | USA |
| Tom | Spearing | | Hill International | USA |
| Justin | Turner | | Houlihan Lokey | USA |
| James | Owen | | Houlihan Lokey | USA |
| | | | Houlihan Lokey | USA |
| Bruno | Beriti | | Meridian System | USA |
| Marc | Krichman | | Meridian System | USA |
| Karen | Breedis | | Microsoft | USA |
| Briand D. | Zeve | | Microsoft | USA |
| | | | Microsoft | USA |
| Gilberto | Neves | CEO | Odebrecht Construction Inc. | USA |
| Dean | Radeloff | | Odebrecht Construction Inc. | USA |
| Marcos | Tepedino | | Odebrecht Construction Inc. | USA |
| Susana | Florian, PE | Vice Preside | Parsons | USA |
| Erin | Kuhlman | Vice Preside | Parsons | USA |
| Daven | Oswalt | | Parsons | USA |
| Simon | Taylor | | Questant | USA |
| Steven | Wolfe | | RICS Americas | USA |
| Katie | Bartasevich | | RICS Americas | USA |
| William | Ponseti | Industry Pri | SAP America, Inc. | USA |
| Guy | Cleveland | Business Co | Service Point, USA | USA |
| Anthony | Governati | Autodesk Bu | Service Point, USA | USA |
| | | | Service Point, USA | USA |
| Justin | Murphy | | The Cram Group | USA |
| Gina | Rondinelli | | The Cram Group | USA |
| Wesley | Smith | | The Cram Group | USA |
| Lawrence | Smith | | Trimble | USA |
| Brian | Cox | Marketing | Turner International | USA |
| Cheryl | Humphrey | Director of H | Turner International | USA |
| John | Braley | Director Bu | Turner International | USA |
| Ark | Latt | Vice Preside | Turner International | USA |
| Michael | Deane | VP / Chief Su | Turner International | USA |
| Nathan | Espe | | Zurich | USA |

| Maria | Lobo de Murphy | Zurich | USA |
| Deron | Cowan | Zurich | USA |

EXHIBIT – 5



PROGRAMME OF MINISTER (RT&H) IN USA
11-17 September, 2009

[AS AT 2000 HRS on Sept 10, 2009]

| Date/Day | Time | Engagements | Remarks |
|---|---|---|---|
| 11 Sep (Thu) | 0025 hrs | Dep: Delhi | AI - 101 |
| | 0600 hrs | Arr: New York | |
| | 0829 hrs | Dep : New York | AA - 4749 |
| | 1000 hrs. | Arr : Washington | |

| Date/Day | Time | Engagements | Remarks |
|---|---|---|---|
| 11 Sep (Fri) | 1000 hrs | Arr: Washington, DC<br>Stay at: Hotel Ritz Carlton,<br>1150, 22nd Street, NW,<br>Washington, DC 20037<br>Tel. No.(1) 202-9745588<br>Fax No.(1) 202-9745519 | |
| | 1300 -1315 hrs<br><br>1315 – 1355 hrs | Meeting with Mr. Pulok Chaterji, ED<br><br>Lunch hosted by Mr. Pulok Chaterji ( world bank staff to be present) | - MC 12 -155, Main Complex, World Bank<br>-MC 12 – 155, conference room |
| | 1400-1440 hrs. | • One to one meeting with Mr. Robert B. Zoellick, President, World Bank ( 1400-1410 hrs)<br><br>• Bilateral meeting ( 1410 -1440 hrs) | - World Bank, 1818 H Street, NW, Room MC-12-750 ( Mr Zoellick's office)<br>- Room MC -12 – 755 ( meeting room)<br>Contact Person : Ms. Goh Lgoh@worldbank.org 202-458-0388/ (cell) 202-725-4106 |
| | 1930 – 2015 hrs | Meeting with Amb. Susan Schwab | Embassy Residence, 2700 Macomb St., NW, Washington DC 20008 |
| | 2015 hrs. | Dinner hosted by Ambassador in honour of Minister (RT&H) | Embassy Residence |

| Date/Day | Time | Engagements | Remarks |
|---|---|---|---|
| 12 Sep (Sat) | 1000 hrs | Dep: Washington | US 2166 |
| | 11:15 hrs | Arrival: New York | |
| | | Stay at : Four Seasons<br>57 East 57th Street,<br>New York, USA 10022<br>Tel: (1)212 758-5700<br>Fax: (1)212758-5711 | |
| | 2000 hrs | Dinner ( wedding ) | Ritz Carlton, Battery Park City,<br>Tel : 212-809-5508<br><br>Mobile numbers :<br>646.704.4472.( Vijay)<br>646.704.4473 ( Jyoti) |

| Date/Day | Time | Engagements | Remarks |
|---|---|---|---|
| 13 Sep (Sun) | | **Programme as convenient** | |

| Date/Day | Time | Engagements | Remarks |
|---|---|---|---|
| 14 Sep (Mon) | 1300-1500 hrs | **Reserved** | |
| | 1500-1630 hrs. | Manhattan-India Investment Roundtable organised by CII-USIBC -USCIB | Cambridge Room, Harvard Club, 35 West 44th Street, (between 5th & 6th Avenue), New York |
| | 1630 hrs | Meeting with Rajat Gupta | Harvard club |
| | 1630 – 1700 hrs | Meeting with President, CH2M HILL | Harvard club |
| | | Dinner | 11, Madison Park |



| 15 Sep (Tue) | 0830 – 1015 hrs | **Investors Meet : Organised by Morgan Stanley**<br>- 0830 – 0855  hrs – one on one meeting with Mr. John Mack, Global CEO, Morgan Stanley<br>- 0855 – 1015 hrs – meeting with investors | Room to be informed<br><br>Salon Suite<br>57 East 57th Street<br>New York |
|---|---|---|---|
| | 1300-1430 hrs. | Lunch hosted by Mr. Prabhu Dayal, Consul General of India, New York with potential investor | Consulate General of India, 3 East, 64th Street, New York 10065 |
| | 1500 – 1530 hrs | Meeting with Mr. Jeffery R. Immelt, Chairman, GE | CGI, NY |

| 16 Sep ( Wed) | 1000 – 1030 hrs | Meeting with Mr Fred Werner, Group Chief Executive, Aecom | New York Palace |
|---|---|---|---|
| | 1030 -1100 hrs | Meeting with Mr. Frank E Rudewicz, MD, BDO Consulting | New York Palace |
| | 1100-1245 hrs. | Road show co-organised by CII, JM Financial and ICICI Bank | Fahnestock Room, Hotel New York Palace New York |
| | 1245 -1330 hrs | Road Show - Lunch | Spellman Room, Hotel New York Palace, New York |
| | 1330-1400 hrs | Media Interaction | TBC |
| | 2000 hrs | Dinner hosted by Lynn & Evelyn Rothschild | Venue TBC |

| 17 Sep (Thu) | 0845 -0945 hrs | Breakfast meeting with Mr Henry R. Kravis, co-founder, KKR | Terrace Suite 504 Four Seasons |
|---|---|---|---|
| | 1100 – 1120 hrs | Interview with CNBC : Interviewer Mr Udayan Mukherjee | Media Room, The Courtyard Lounge Lower Ground Floor The Metropolitan Club 1 East 60 Street, corner Fifth Avenue (next to The Taj Pierre Hotel) New York |
| | 1120 – 1130 hrs | Meeting with Mr Gary Muller CEO & Chairman and Ms. Christine Cavolina, Publisher, Institutional Investor. | Venue to be confirmed |
| | 1130 -1230 hrs | Private group meeting with select investors: India Investment Forum | L.W. James Room (A) 2nd Floor |
| | 1230 – 1345 hrs | Luncheon Roundtable with Select Investors : India Investment Forum | L.W. James Room (B) |
| | 1350 -1400 hrs | Meeting with co-Panelists | Members lounge ( adjacent to ballroom) |
| | 1400-1500 hrs | Opening Address by Minister for Road Transport & Highways on the topic 'Decade of Infrastructure' at the 6th Annual India Investment Forum.<br>- Including panel discussion<br>Mr. Rajiv Lall, MD & CEO, IDFC<br>Ameet Desai- Adani Power<br>Ajit Gulabchand-MD, HCC | Ballroom Ground Floor |

| 19 Sep (Sat) | 1705 hrs | Dep: New York | AI 102 |
|---|---|---|---|

| 20 Sep (Sun) | 1645 hrs | Arr: Delhi | |
|---|---|---|---|

EXHIBIT – 6



BEFORE JUSTICE NANAVATI COMMISSIONS OF INQUIRY
(1984 ANTI-SIKH RIOTS)

AFFIDAVIT

I, Kamal Nath, son of late Shri Mohinder Nath aged 54 years, resident of 1, Tughlak Road, New Delhi do hereby solemnly affirm and declare as under:-

1.  That the Deponent has been served upon with a notice under Section 8(B) of the Commissions of Inquiry Act to appear before Hon'ble Justice Nanawati Commission of Inquiry (1984 Anti-Sikh Riots).

2.  That it is for the first time after a lapse of about 20 years, baseless allegations are being made against the Deponent especially when neither in the earlier Commission nor in any records of the Government the name of the Deponent has ever figured. The Deponent has been a sitting Member of Parliament since 1980 and there has never been any incidence in which the name of the Deponent has been involved. The Deponent is shocked and surprised to find that after a lapse of 20 years from the date of the incident, such allegations are being made against the Deponent.

3.   That the Deponent has also been given the copies of the affidavit(s) filed by Shri Mukhtiar Singh , Shri. Monish Sanjay Suri and the examination-in-chief of Shri Ajit Singh.

4.   That in the afternoon of 1.11.1984, the Deponent received an information that some violence was taking place in and around Gurudwara Rakab Ganj Sahib. As a senior and responsible leader of the Congress Party, I decided to go to the site. On reaching the site, the Deponent found that lots of people were standing outside Gurudwara Rakab Ganj Sahib. The Deponent also found para-military personnel outside the Gurudwara.

5.   That when the Deponent tried to find out from various people in the crowd, as to why they had gathered there and why they were agitated, the Deponent was informed that number of Hindu men and women had been taken inside the Gurudwara forcibly and that was the main reason for their agitation as they were concerned about their safety.

6.   That at the relevant time, the then Commissioner of Police Shri S.C. Tandon had also reached the site. On seeing the Commissioner of Police and after talking to him, the Deponent was satisfied that the police would be able to control the situation. The Deponent saw that additional para-military forces have also reached the site so the Deponent decided to leave the place.

7. That during the period the Deponent was present there, the Deponent tried to persuade the crowd to disperse and not to get agitated and take the law into their hands. He further pleaded with the crowd that since the police had arrived, it is their job to ensure the safety of the Hindus inside the Gurudwara and police would be able to control the situation.

8. That the allegations that on the instructions of Cong(I) leaders, police fired several rounds at Gurudwara is absolutely false. There was no occasion and the Deponent never asked the police to resort to firing from outside the Gurudwara. The Deponent further denies the fact that either he was leading the mob or having any control over the mob. The deponent tried to persuade the mob to disperse from the area.

9. That it is quite obvious that the name of the Deponent has been mentioned in the wrong context by certain vested interests especially in view of the fact that the name of the Deponent is being roped in after a lapse of twenty years.

VERIFICATION                                    DEPONENT

Verified at New Delhi on this........... day of January,2004, that the contents of paragraphs 1 to 9 of the above affidavit are true to my knowledge. No part of it is false and nothing material has been concealed therefrom.

                                    DEPONENT