UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Sikhs for Justice

                Plaintiff

v.

Indian national Congress Party, a/k/a Congress (I), and Kamal Nath

                Defendants

Hon. Robert W. Sweet

Case No. 10 CV 2940 (RWS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-11
```

---

## MOTION OF JONATHAN FREIMAN AND SCOTT CORRIGAN TO WITHDRAW AS COUNSEL OF RECORD

    Jonathan M. Freiman and Scott D. Corrigan of Wiggin and Dana LLP, counsel of record for defendant, Indian National Congress Party, a/k/a "Congress (I)", respectfully move this Court for an Order permitting their withdrawal as counsel.

    Pursuant to Rule 1.4 of the Local Rules of the Unites States District Courts for the Southern and Eastern Districts of New York, a Declaration supporting this motion is attached.

Dated: June 13, 2011

*So ordered*
*Sweet USDJ*
*6.22.11*

Respectfully submitted,

Wiggin and Dana LLP

By: /s/
Scott D. Corrigan

Wiggin And Dana LLP
450 Lexington Avenue, Suite 3800
New York, NY 10017
(212) 490 1700
(212) 490 0536 (Fax)
scorrigan@wiggin.com

Case 1:10-cv-02940-RWS Document 25 Filed 06/13/11 Page 2 of 2

By: /s/ _____

Jonathan M. Freiman (*pro hac vice*)

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (Fax)
jfreiman@wiggin.com

2