

**MICHAEL F. FITZGERALD**
ATTORNEY AT LAW

RECEIVED
JUL 14 2011
JUDGE SWEET CH.

100 PARK AVENUE
SUITE 1600
NEW YORK, N.Y. 10017

(212) 939-7281
(212) 880-6499(f)
mfitzjustice@aol.com

July 14, 2011

BY FACSIMILE TRANSMISSION

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/11

Re: Sikhs For Justice, et al. v. Indian National Congress Party et ano., 10 Civ. 2940 (RWS)

Dear Judge Sweet:

I represent the plaintiffs in the above referenced action and am writing to request a slight modification to the briefing schedule for defendant Kamal Nath's motion to dismiss which was filed on June 24, 2011. Presently, plaintiffs' response to the motion is due on or before July 25 and defendant's reply on or before August 8, with oral argument scheduled for September 21, 2011. Plaintiffs however will need additional time to address the issues raised by the motion and to secure witness statements. Thus, plaintiffs respectfully request that the July 25th deadline for their response be extended to August 12 and defendant's time to file a reply be extended to August 26, 2011. Counsel for defendant has consented and we have agreed to consider a request by him for additional time if our opposition so warrants. No previous application for the relief requested herein has been made by plaintiffs.

Thank you for your time and consideration.

So ordered
Sweet
U.S.D.J.
7-15-11

Respectfully,

Michael F. Fitzgerald

cc: David M. Lindley, Esq. (By fax)
 - attorney for defendant Kamal Nath
Karamvir Dahwia, Esq. (By fax)
 - attorney for intervenor