UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
SIKHS FOR JUSTICE INC on behalf of
deceased and injured members of the
Sikh community, et al.,

              Plaintiffs,                      10 CV 2940 (RWS)

    - against -

INDIAN NATIONAL CONGRESS
PARTY, a/k/a, "Congress (I)," et ano.,        AFFIRMATION OF SERVICE

              Defendants,
    and

INDIAN LEGAL HERITAGE,

              Intervenor.
------------------------------------------------------ X

       MICHAEL F. FITZGERALD, an attorney at law, duly licensed to practice law before this Court and the Courts of the State of New York, hereby affirms the following statements to be true under penalties of perjury:

       1. I am not a party to the within action, am over eighteen years of age and reside in the State of New York.

       2. On March 21, 2012, I served true and correct copies of the attached Notice of Motion and Memorandum of Law In Support of Plaintiffs' Motion for Reconsideration, dated March 21, 2012, by first class mail by depositing same in a sealed envelope with postage prepaid thereon in a post office or an official depository of the Unites States Postal Service within the State of New York, addressed to the last known address of the persons listed below whom I know to be the attorneys of record for defendants Kamal Nath, Indian National Congress Party, a/k/a, "Congress

(I)" and Indian Legal Heritage, respectively:

        Pillsbury Winthrop Shaw Pittman LLP
        Att: David M. Lindley, Esq.
        1540 Broadway
        New York, New York 10038

        Jones Day
        Att: Thomas E. Lynch, Esq.
        222 East 41st Street
        New York, New York 10017

        Dahiya Law Group LLC
        Karamvir S. Dahiya, Esq.
        350 Broadway - Ste. 412
        New York, New York 10013

DATED: New York, New York
        March 21, 2012

                                    Michael F. Fitzgerald, Esq. (MF4704)
                                    Attorney for Plaintiffs
                                    410 Park Avenue - Suite 1530
                                    New York, New York 10022
                                    (212) 939-7281
                                    (212) 751-3500 (f)
                                    Mfitzjustice@aol.com