UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
SIKHS FOR JUSTICE INC on behalf of
deceased and injured members of the
Sikh community, et al.,

                Plaintiffs,                      10 CV 2940 (RWS)

      - against -

INDIAN NATIONAL CONGRESS
PARTY, a/k/a, "Congress (I)," et ano.,           AFFIRMATION OF SERVICE

                Defendants,
     and

INDIAN LEGAL HERITAGE,

                Intervenor.
------------------------------------------------------ X

      MICHAEL F. FITZGERALD, an attorney at law, duly licensed to practice law before this Court and the Courts of the State of New York, hereby affirms the following statements to be true under penalties of perjury:

      1.  I am not a party to the within action, am over eighteen years of age and reside in the State of New York.

      2. On April 16, 2012, I served true and correct copies of the Reply Memorandum of Law dated April 16, 2012, in Support of Plaintiffs' Motion for Reconsideration or Reargument of the of the Opinion and Order of the Court entered March 7, 2012, as follows:

      (A) by first class mail by depositing same in a sealed envelope with postage prepaid thereon  in a post office or an official depository of the Unites States Postal Service within the

State of New York, addressed to the last known address of the persons listed below whom I know to be the attorneys of record for defendant Kamal Nath, the Intervenor, Indian Legal Heritage; and defendant Indian National Congress Party, a/k/a, "Congress (I)," respectively:

>Pillsbury Winthrop Shaw Pittman LLP
>Att: David M. Lindley, Esq.
>1540 Broadway
>New York, New York 10036-4039
>
>Dahiya Law Group LLC
>Att: Karamvir S. Dahiya, Esq.
>350 Broadway - Ste. 412
>New York, New York 10013
>
>Jones Day
>Att: Thomas E. Lynch, Esq.
>222 East 41st Street
>New York, New York 10017

DATED: New York, New York
April 17, 2012

>S/_____
>Michael F. Fitzgerald, Esq. (MF-4704)
>Attorney for Plaintiffs
>410 Park Avenue - Suite 1530
>New York, New York 10022
>(212) 939-7281
>(212) 751-3500 (f)
>Mfitzjustice@aol.com