## CERTIFICATE OF SERVICE

I, Geoffrey S. Stewart, certify that on May 29, 2012, I caused a true and correct copy of the Notice of Motion; Memorandum of Law in Support of the Indian National Congress Party's Motion to Dismiss or, in the Alternative, for a Stay of Proceedings Pending the Supreme Court's Resolution of *Kiobel v. Royal Dutch Petroleum*; and Declaration of Geoffrey S. Stewart and accompanying exhibits to be served electronically to counsel of record by operation of the Court's ECF system and to be served on the following counsel via overnight delivery service:

    Michael F. Fitzgerald, Esq.
    410 Park Avenue, Suite 1530
    New York, New York  10022

    David M. Lindley, Esq.
    Pillsbury Winthrop Shaw Pittman, LLP
    1540 Broadway
    New York, New York 10036

Dated:  New York, New York             / s / Geoffrey S. Stewart
         May 29, 2012                        Geoffrey S. Stewart