UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIKHS FOR JUSTICE, INC. et al.,

*Plaintiffs,*

-against-

KAMAL NATH and INDIAN NATIONAL
CONGRESS PARTY,

*Defendants,*

-and-

INDIAN LEGAL HERITAGE,

*Intervenor.*

CIVIL CASE No.
10 Civ. 2940 (RWS)

**DECLARATION OF RAVI BATRA IN SUPPORT OF THE MOTION OF JONES DAY
FOR AN ORDER RECOGNIZING THE SUBSTITUTION OF
THE LAW FIRM OF RAVI BATRA, P.C. FOR JONES DAY
AS COUNSEL OF RECORD FOR INDIAN NATIONAL CONGRESS PARTY**

RAVI BATRA, an attorney duly admitted to practice before this Court, declares under penalties of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746(1):

1. I am the principal of The Law Firm of Ravi Batra, P.C., duly retained as counsel by defendant, All India Congress Committee (I) i/s/h/a "Indian National Congress Party" ("AICC"), by its treasurer, the Hon. Motilal Vora.

2. I submit this Declaration in support of the motion pursuant to L. Civ. R. 1.4, filed by Jones Day on June 26, 2013, via Notice of Motion (D.E. 96) and Declaration of Geoffrey S. Stewart, Esq. (D.E. 97), seeking an order recognizing the substitution of The Law Firm of Ravi Batra, P.C. as counsel of record for AICC.

3. After having been retained by AICC, I filed a Notice of Appearance in this action on behalf of my law firm with the Clerk of the Court (D.E. 95).

4.      I have had the pleasure of meeting Geoff Stewart, gratefully acknowledge the legal services rendered by Geoff Stewart and Jones Day in this case, as well as the gracious and orderly transfer of file expected to occur shortly.

5.      I join in the request for an Order recognizing the substitution of The Law Firm of Ravi Batra, P.C. for Jones Day as counsel of record for All India Congress Committee (I), i/s/h/a Indian National Congress Party.

WHEREFORE, it is respectfully requested that the motion of Jones Day pursuant to L. Civ. R. 1.4, for an Order recognizing the substitution of The Law Firm of Ravi Batra, P.C. as counsel of record for defendant All India Congress Committee (I), i/s/h/a Indian National Congress Party, be granted.

Dated: New York, New York
       June 27, 2013

Respectfully submitted,

Ravi Batra (RB 4299)